GARY M. RESTAINO
United States Attorney
District of Arizona

GLENN B. McCORMICK
Arizona State Bar No. 013288
Email: glenn.mccormick@usdoj.gov
ALANNA R. KENNEDY
Arizona State Bar No. 034257
Email: Alanna.Kennedy@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

```
X  FILED        ___ LODGED
___ RECEIVED    ___ COPY

      SEP 0 6 2022

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY _____ DEPUTY
```

**REDACTED FOR
PUBLIC DISCLOSURE**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>1. Isai Sandoval-Rivera;<br>   (Counts 1-5)<br><br>   and<br><br>2. Rachael Robin Greene,<br>   (Counts 2, 4-5)<br><br>Defendants. | No.  CR-22-01143-PHX-DJH (ESW)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 371 and 554(a)<br>(Conspiracy to Smuggle Goods from the United States)<br>Count 1<br><br>18 U.S.C. §§ 371 and 922(a)(6)<br>(Conspiracy to Make False Statements in Acquisition of Firearms)<br>Count 2<br><br>18 U.S.C. § 922(a)(6) and 924(a)(2)<br>(False Statements in Acquisition of Firearms)<br>Count 3<br><br>18 U.S.C. § 922(a)(6), 924(a)(2), and 2<br>(False Statements in Acquisition of Firearms and Aid and Abet)<br>Counts 4-5<br><br>18 U.S.C. §§ 924(d) and 981, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

THE GRAND JURY CHARGES:

At all times material to this indictment, within the District of Arizona and elsewhere:

**INTRODUCTION**

1.    At all relevant times, that is up to March 9, 2020, export of certain arms, munitions, implements of war, and defense articles, were regulated by the United States pursuant to the Arms Export Control Act, Title 22, United States Code, § 2778 ("AECA").

2.    The regulations that governed such exports were entitled the International Traffic in Arms Regulations, Title 22 Code of Federal Regulation, §§ 120-130 ("ITAR"). The ITAR implemented the provision of the AECA and established the framework for regulating the export of defense articles. The Department of State, Directorate of Defense Trade Control ("DDTC") was responsible for administering the ITAR.

3.    The ITAR contained the United States Munitions List, Title 22 Code of Federal Regulation, § 121.1 ("USML"). Items and services listed in the USML were deemed "defense articles" and "defense services," and are subject to the ITAR. The USML set forth twenty-one categories of defense articles that are subject to export licensing controls by DDTC, ranging from firearms parts to military equipment to missiles. 22 CFR § 121.1.

4.    Pursuant to the ITAR, "[n]o person may knowingly or willfully attempt, solicit, cause, or aid, abet, counsel, demand, induce, procure, or permit the commission of any act prohibited by, or the omission of any act required by 22 U.S.C. § 2778, 22 U.S.C. § 2779, or any regulation, license, approval, or order issued thereunder." 22 C.F.R. § 127.1(e).

5.    The ITAR defined an "export" as, among other things, the sending or taking of a defense article out of the United States in any manner. Unless an exemption applied, the AECA and the ITAR prohibited all defense articles or defense services from being exported from the United States without a license from the DDTC. 22 U.S.C. § 2778(b)(2); 22 C.F.R. § 123.1.

- 2 -

6.    The category of USML relevant herein is Category I(a) which included "[n]on-automatic and semi-automatic firearms to .50 caliber inclusive (12.7mm)," within which the following firearm is included: Colt M4.

7.    Federal Firearms Licensee (FFL) ADF was a business licensed under the provisions of Chapter 44 of Title 18, United States Code. As such, the provisions of Chapter 44 of Title 18 required FFL ADF to maintain certain records of firearms transactions, including Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Form 4473, Firearms Transaction Record. Form 4473 requires a firearms purchaser truthfully to provide certain information, including whether the person making the purchase is the true purchaser of the firearm.

## COUNT 1

8.    The allegations in Introduction paragraphs 1-6 are incorporated as though fully set forth herein.

9.    Beginning on or before May 13, 2016, and continuing to on or about February 16, 2018, in the District of Arizona and elsewhere, ISAI SANDOVAL-RIVERA, did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the grand jury, to commit offenses against the United States, that is: (1) to knowingly export and send from the United States, and attempt to export and send from the United States, any merchandise, article, and object, contrary to any law and regulation of the United States, and (2) to receive, conceal, buy, sell, and in any manner facilitate the transportation, concealment, and sale of such merchandise, article and object, knowing the same to be intended for exportation contrary to any law and regulation of the United States, specifically the AECA, Title 22, United States Code, § 2778 and the ITAR 22 C.F.R. §§ 120-130, all in violation of Title 18, United States Code, Section 554(a).

10.    All in violation of Title 18, United States Code, Section 371.

- 3 -

Overt Acts

11.   In furtherance of the conspiracy, and to effect the objects of the conspiracy, the defendant and others performed and caused to be performed, among others, the following overt acts:

12.   Between September 21, 2017, and February 15, 2018, ISAI SANDOVAL-RIVERA received money to purchase firearms that he and others intended to transport to Mexico.

13.   On or about September 21, 2017, ISAI SANDOVAL-RIVERA attempted to purchase a firearm from FFL ADF and during the course of that purchase falsely represented that he was the true purchaser of the firearm.

14.   On or between December 19, 2017 and February 15, 2018, ISAI SANDOVAL-RIVERA directed Rachael Robin Greene to purchase two firearms on two occasions from FFL ADF, and during the course of those purchases Rachael Robin Green falsely represented that she was the true purchaser of the firearms.

15.   On or around December 19, 2017, and February 15, 2018, after receiving firearms purchased at his direction by Rachael Robin Greene, ISAI SANDOVAL-RIVERA transferred the firearms to others, knowing they would be transported to Mexico.

**COUNT 2**

16.   The allegations in Introduction paragraph 7 are incorporated as though fully set forth herein.

17.   Beginning on or before September 21, 2017, and continuing to on or about February 15, 2018, in the District of Arizona and elsewhere, ISAI SANDOVAL-RIVERA and RACHAEL ROBIN GREENE, did knowingly and intentionally combine, conspire, confederate and agree with each other and with others known and unknown to the grand jury, to knowingly make false statements and representations on ATF Form 4473 in connection with the purchase of firearms from a FFL, which statements were intended and

- 4 -

likely to deceive the FFL, as to a fact material to the lawfulness of such sale of the said firearms under chapter 44 of Title 18, in that RACHAEL ROBIN GREENE represented that she was the true purchaser of said firearms, when in truth and in fact, she was buying the firearms on behalf of ISAI SANDOVAL-RIVERA, in violation of Title 18, United States Code, Sections 922(a)(6).

18. All in violation of Title 18 United States Code, Section 371.

Overt Acts

19. In furtherance of the conspiracy, and to effect the objects of the conspiracy, the defendants and others performed and caused to be performed, among others, the following overt acts:

20. On or about September 21, 2017, ISAI SANDOVAL-RIVERA attempted to purchase a firearm FFL ADF and during the course of that purchase falsely represented that he was the true purchaser of the firearms.

21. On or between December 19, 2017, and February 15, 2018, ISAI SANDOVAL-RIVERA directed RACHAEL ROBIN GREENE to purchase two firearms on two occasions from FFL ADF, and during the course of those purchases RACHAEL ROBIN GREENE falsely represented that she was the true purchaser of the firearms.

**COUNT 3**

22. The allegations in Introduction paragraph 7 are incorporated as though fully set forth herein.

23. On or about September 21, 2017, in the District of Arizona, ISAI SANDOVAL-RIVERA knowingly made false statements and representations on ATF Form 4473, in connection with the attempted purchase of a firearm described as a Colt M4 with serial number LE510690, from the FFL ADF, which statements were intended and likely to deceive the FFLs, as to a fact material to the lawfulness of the described firearm under chapter 44 of Title 18, in that ISAI SANDOVAL-RIVERA represented that he was

- 5 -

the true purchaser of the described firearm, when in truth and in fact, he was buying the firearms on behalf of another person.

24. In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNTS 4-5

25. The allegations in Introduction paragraph 7 are incorporated as though fully set forth herein.

26. On or about the dates set forth in each count below, in the District of Arizona, ISAI SANDOVAL-RIVERA and RACHAEL ROBIN GREENE knowingly made false statements and representations on ATF Form 4473, in connection with the purchase of the firearms listed in each count below, from the FFL listed in each count below, which statements were intended and likely to deceive the FFL, as to a fact material to the lawfulness of such sale of the listed firearms under chapter 44 of Title 18, in that RACHAEL ROBIN GREENE represented that she was the true purchaser of said firearms, when in truth and in fact, she was buying the firearms on behalf of ISAI SANDOVAL-RIVERA.

| Count | Date | FFL | Firearm(s) |
|-------|------|-----|------------|
| 4 | December 19, 2017 | ADF | Colt M4 Serial Number LE512361 |
| 5 | February 15, 2018 | ADF | Colt M4 Serial Number LE675431 |

27. In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## FORFEITURE ALLEGATIONS

28. The Grand Jury realleges and incorporates the allegations of Counts 1 through 5 of this Indictment, which are incorporated by reference as though fully set forth

- 6 -

herein.

29.    Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 5 of this Indictment, the defendant(s) shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

30.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(a) cannot be located upon the exercise of due diligence,

(b) has been transferred or sold to, or deposited with, a third party,

(c) has been placed beyond the jurisdiction of the court,

(d) has been substantially diminished in value, or

(e) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

31.    All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section

//
//
//
//
//
//

- 7 -

2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date:  September 6, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona


/S/
GLENN B. McCORMICK
ALANNA R. KENNEDY
Assistant U.S. Attorneys

- 8 -