Vernon Lorenz, #015882
Alcock & Associates, P.C.
2 North Central Avenue, 26th Floor
Phoenix, Arizona 85004
Telephone: (602) 404-4000
vlorenz@alcocklaw.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  vs.<br><br>Isai Sandoval-Rivera,<br><br>        Defendant. | CR-22-01143-PHX-DJH (ESW)<br><br>**SENTENCING MEMORANDUM AND<br>VARIANCE REQUEST** |

Defendant, Isai Sandoval-Rivera by counsel, submits this Sentencing Memorandum and Variance Request for the Court's consideration at the time of sentencing.

Isai Sandoval Rivera (hereinafter "Isai") got involved in this case when he was 19 years of age, wholly immature and in need of money. Sadly, he looked for extra money in the wrong place because he found no financial stability here. Instead, he only found unimaginable trouble, eternal regret, and remorse. His first attempt to buy a firearm was a failure and he should have withdrawn himself then, but he did not. Instead, he dug himself in a little deeper and successfully recruited Robin Greene to purchase 2 firearms. He attempted to convince others to make purchases, but he failed there too. He was involved in other ways as outlined in the presentence report.

In early 2018 Isai extracted himself from this mess. During the time between the crime and the Indictment Isai had no meaningful law enforcement contact though he did accumulate speeding tickets in the Somerton Justice Court but nothing else. For nearly 5 years Isai conducted himself consistent with his character. His involvement here was out of character and

his conduct since establishes that.  Isai is a journeyman carpenter and earns a decent wage. Isai is a valued member of his work crew and can be counted upon whenever he is on the job.

Counsel would urge the Court to consider the following factors in support of the requested variance.

The history and characteristics of Isai (18 U.S.C. § 3553(a)(1)), we think, call for a variance.  Isai was involved here for a short period of time.  Isai had been in no real trouble before or after he was involved here.  Again, nearly five years have passed since he withdrew from this conspiracy, and he has only accumulated speeding tickets.  Isai is a valued member of the carpentry trade and is a diligent and reliable worker.  Isai enjoys the love of his mother and other family members and is otherwise stable in the community.  Sadly, as a Legal Permanent Resident his time in this country appears to be limited based upon his involvement in this case.

18 U.S.C § 3553(a)(2), in part advises us that the sentence needs to reflect the seriousness of the crime and needs to promote respect for the law and to provide just punishment for the offense while protecting the public from any further crimes of Isai.  A sentence of 27 months will comport with those requirements.  Further, Isai does not need vocational training or medical care or other correctional treatment.  At this point in his life, Isai simply needs to do his time and return to society and carry on with his life in whichever country he resides.  Finally, based on his criminal history society need not fear or worry about Isai reoffending.

For the foregoing reasons Isai would request the Court to find that a 3 level variance is appropriate and to sentence Isai to no more than 27 months in the Federal Bureau of Prisons.

RESPECTFULLY SUBMITTED this 8th day of November 2023.


/s/ *Vernon E. Lorenz*
Attorney for Defendant

**Certificate of Service**

I hereby certify that on the 8th day of November 2023, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registered participants of this case.  A copy was emailed to the Honorable Diane J. Humetewa.

By:    /s/ *Vernon Lorenz*