**Alcock & Associates, P.C.**
Vernon Lorenz, 015882
2 N. Central Ave., 26th Floor
Phoenix, Arizona 85004
Telephone: (602) 404-6000
vlorenz@alcocklaw.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 2:22-cr-01143-DJH-1 |
| Plaintiff, | |
| vs. | **AMENDED SENTENCING MEMORANDUM AND VARIANCE REQUEST** |
| Isai Sandoval-Rivera, | |
| Defendant. | |

Defendant Isai Sandoval-Rivera, through Counsel, hereby submits his Amended Sentencing Memorandum and Variance Request for the Court's consideration at the time of sentencing.

Based on the age of the criminal activity in the case, Isai's behavior since this case occurred, all the pleadings now before the Court, all the information contained in the presentence report, the twelve (12) letters of support now before the Court and the significant immigration consequences triggered by this case, Mr. Sandoval Rivera amends his initial request and now respectfully request a sentence of 11 months in the Federal Bureau of Prisons.

RESPECTFULLY SUBMITTED this 4th day of December 2023.

By: */s/ Vernon Lorenz*
Vernon Lorenz
Attorneys for Defendant

Certificate of Service:

I hereby certify that on December 4, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants in this case.

*/s/ Vernon Lorenz*
Vernon Lorenz